UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA KENT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SANOFI AVENTIS U.S., LLC,

    Defendant.

Case No. 08-cv-297-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI, CLERK**

**Dated: September 11, 2008**       s/Brenda K. Lowe, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**